IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE R. ROMERO, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>ALLSTATE INSURANCE COMPANY, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 01-CV-3894<br><br>CLASS ACTION |
| EQUAL EMPLOYMENT OPPORTUNITY  )<br>COMMISSION  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ALLSTATE INSURANCE COMPANY  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 01-7402 |

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF SUSAN M. COLER AS COUNSEL FOR *ROMERO* PLAINTIFFS**

Plaintiffs hereby give notice of the withdrawal of Susan M. Coler as counsel for *Romero* Plaintiffs. *Romero* Plaintiffs continue to be represented by the remaining counsel on record for plaintiffs, among which include Michael D. Lieder of Sprenger & Lang, and local counsel, John V. Gorman of Morgan Lewis & Bockius.

2024312

Dated: October 14, 2009                                   Respectfully submitted,

                                                          /s/ Susan M. Coler

Michael Lieder (*pro hac vice*)                           Susan M. Coler (*pro hac vice*)
Daniel Wolf (*pro hac vice*)                              SPRENGER & Lang, PLLC
SPRENGER & LANG, PLLC                                     310 Fourth Avenue South, Suite 600
1400 Eye Street, NW, Suite 500                            Minneapolis, MN  55415
Washington, DC  20005                                     Telephone:  (612) 871-8910
Telephone:  (202) 265-8010

John V. Gorman (PA Bar No. 80631)
MORGAN LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA  19103-2921
Telephone:  (215) 963-5000

Paul Anton Zevnik (PA Bar No. 140986)                     Thomas W. Osborne (*pro hac vice*)
Michael J. Wilson (*pro hac vice*)                        Mary Ellen Signorille (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS, LLP                              AARP Foundation Litigation
1111 Pennsylvania Avenue, NW                              601 E Street, NW
Washington, D.C.  20004                                   Washington, DC  20049
Telephone: (202) 739-3000                                 Telephone: (202) 434-2060


**COUNSEL FOR PLAINTIFFS AND THE CLASS**


C. Felix Miller, Senior Trial Attorney                    Iris Santiago-Flores, Senior Trial Attorney
U.S. Equal Employment Opportunity                         U.S. Equal Employment Opportunity
Commission                                                Commission
St. Louis District Office                                 Philadelphia District Office
Robert A. Young Federal Bldg.                             21 South 5th Street, Suite 400
1222 Spruce, Room 8.100                                   Philadelphia, PA  19106-2515
St. Louis, MO  63103                                      Telephone:  (215) 440-2686
Telephone:  (314) 539-7949

**ATTORNEYS FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## CERTIFICATE OF SERVICE

I, Michael D. Lieder, hereby certify that the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF SUSAN M. COLER AS COUNSEL FOR *ROMERO* PLAINTIFFS** was filed and served electronically using the ECF system. A Notice of Electronic Case Filing shall automatically be generated by the system, and shall be sent automatically to all parties entitled to service under the Local Rules of the Eastern District of Pennsylvania who have consented to electronic service.

                                                **s/ Michael D. Lieder**  
                                                Michael D. Lieder