# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE R. ROMERO, et al. | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO. 01-3894 |
| ALLSTATE INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, this 28th day of *July*, 2010, upon consideration of the Motion by Plaintiffs Gene Romero, et al. For Leave to File and Serve a Second Amended Complaint (Docket No. 201), the Response of Defendants Edward M. Liddy, Allstate Insurance Company, and The Allstate Corporation (Docket No. 204), Plaintiffs' Reply Brief (Docket No. 208), and Defendants' Sur-reply Brief (Docket No. 209), it is hereby **ORDERED** that the Motion is **GRANTED** as set forth in the accompanying Memorandum filed this date. It is further **ORDERED** that the proposed Second Amended Complaint attached to Plaintiffs' Motion shall be deemed filed as of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.