# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.   01-3894 |
| ALLSTATE INSURANCE COMPANY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *21st* day of *October*, 2010, upon consideration of the Motion by Plaintiffs Gene R. Romero, et al. to Compel Documents Related to the Release in Accordance with the Court's April 7, 2010 Case Management Order (Docket Nos. 214-216), the Response of Defendants Allstate Insurance Company, et al. (Docket Nos. 218-220), and Plaintiffs' Reply Brief (Docket Nos. 225-226), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiffs' Motion to Compel Responses to Document Request Nos. 1-3, 6, 10-15, 19-20, 22-24, and 33-42 is **GRANTED**;

2. Plaintiffs' Motion to Compel Responses to Document Request Nos. 4-5, 7-9, 16-17, and 43-45 is **GRANTED**;

3. Plaintiffs' Motion to Compel Responses to Document Request Nos. 18 and 21 is **GRANTED**;

4. Plaintiffs' Motion to Compel Responses to Document Request Nos. 25-32 is **GRANTED**, except that Request Nos. 26 and 29 are limited to documents dated between June 30, 2000 and December 31, 2002;

5. Plaintiffs' Motion to Compel the production of metadata is **GRANTED**; to the extent Defendants are producing documents to Plaintiffs for the first time,

> Defendants shall produce all documents responsive to these Requests – and to all future, non-duplicative discovery requests – in native format with accompanying metadata;

6. Plaintiffs' Motion to Compel disclosure of Defendants' search methodology is **GRANTED IN PART** and **DENIED IN PART**; the parties shall meet and confer with respect to the search terms that Defendants intend to use, the custodians they intend to search, the date ranges for their new searches, and any other essential details about the search methodology they intend to implement for the production of electronically-stored information concerning the Release; Defendants need not produce a written disclosure of any of their past search methodologies, but may wish to share such information during their meet and confer;

7. Plaintiffs' Motion to Compel a certification regarding Defendants' document retention policies is **DENIED**.

8. All documents compelled by this Order shall be produced by Defendants within twenty (20) days from the date of this Order.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.