# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al. | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO.   01-3894 |
| ALLSTATE INSURANCE COMPANY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *9th* day of *November*, 2010, upon consideration of Defendant Edward M. Liddy's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 227), the Response of Plaintiffs Gene R. Romero, et al. (Docket No. 230), and Defendant's Reply Brief (Docket No. 232), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.