IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 01-3894 |
| | : | |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, et al., | : | |
| | : | NO. 01-6764 |
| Defendants. | : | NO. 01-7042 |

**ORDER**

**AND NOW**, this *27th* day of *February*, 2014, upon consideration of **(1)** the Motion by Plaintiffs Gene R. Romero, et al. (collectively "Plaintiffs") for Summary Judgment on the Release (Docket No. 373), Plaintiffs' Second Amended Statement of Facts (Docket No. 381), the Response of Defendants Allstate Insurance Company, et al. (collectively "Allstate") in Opposition (Docket No. 397), Allstate's Responses to Plaintiffs' Second Amended Statement of Facts (Docket No. 402), Plaintiffs' Amended Reply Brief (Docket No. 433), and Plaintiffs' Amended Reply in Support of their Statement of Facts (Docket No. 436); **(2)** Allstate's Motion for Summary Judgment on the Validity and Enforcement of the Release (Docket No. 370); Allstate's Statement of Undisputed Facts (Docket No. 374), Plaintiffs' Responses to Defendants' Statement of Facts (Docket No. 405), Plaintiffs' Amended Response in Opposition (Docket No. 418), Allstate's Reply Brief (Docket No. 429), and Allstate's Reply to Responses to Allstate's Statement of Facts (Docket No. 436); and **(3)** Defendant Edward Liddy's joinder Motion for Summary Judgment (Docket No. 371), Plaintiffs' Response (Docket No. 418), and Defendant Liddy's Reply (Docket No. 430), and upon review of the voluminous declarations and exhibits

submitted by the parties in connection with these Motions, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment is **DENIED**;

2. Allstate's Motion for Summary Judgment is **DENIED**; and

3. Defendant Liddy's Motion for Summary Judgment is **DENIED**.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.