IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 01-3894 |
| | : | |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, et al., | : | |
| | : | NO. 01-6764 |
| Defendants. | : | NO. 01-7042 |

**ORDER**

**AND NOW**, this *13th* day of *March*, 2014, upon consideration of **(1)** the Motion by Plaintiff the Equal Employment Opportunity Commission ("EEOC") for Summary Judgment as to Liability (Docket No. 124 of Civ. A. No. 01-7042), the EEOC's Statement of Facts (Docket No. 125 of Civ. A. No. 01-7042), the Response by Defendants Allstate Insurance Company, et al. (collectively "Allstate") (Docket No. 128 of Civ. A. No. 01-7042), Allstate's Response to the EEOC's Statement of Facts (Docket No. 129 of Civ. A. No. 01-7042), and the EEOC's Reply Brief (Docket No. 437 of Civ. A. No. 01-3894); and **(2)** Allstate's Motion for Summary Judgment (Docket No. 369 of Civ. A. No. 01-3894), Allstate's Declaration in Support (Docket No. 372 of Civ. A. No. 01-3894), the EEOC's Response (Docket No. 401 of Civ. A. No. 01-3894), and Allstate's Reply Brief (Docket No. 428 of Civ. A. No. 01-3894), and upon review of the declarations and exhibits submitted by the parties in connection with these Motions, it is hereby **ORDERED** as follows:

    1.    The EEOC's Motion for Summary Judgment (Docket No. 124 of Civ. A. No. 01-7042) is **DENIED**.

2. Allstate's Motion for Summary Judgment (Docket No. 369 of Civ. A. No. 01-3894) is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Allstate and against the EEOC on the entirety of the EEOC's Amended Complaint (Civ. A. No. 01-7042).

4. Civil Action Number 01-7042 is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*S/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.