# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 01-3894 |
| | : | |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, | : | |
| et al., | : | NO. 01-6764 |
| Defendants. | : | NO. 01-7042 |

## ORDER

**AND NOW**, this *6ᵗʰ* day of *October*, 2014, upon consideration of **(1)** the Motion by Plaintiffs Gene R. Romero et al. ("Plaintiffs") for Class Certification (Docket No. 467), Defendant Allstate Insurance Company, et al.'s ("Allstate") Response thereto (Docket No. 468), and Plaintiffs' Reply Brief (Docket No. 473); and **(2)** Plaintiffs' Motion to Strike the Declaration of Martin H. Redish (Docket No. 472) and Allstate's Response (Docket No. 474), it is hereby **ORDERED** that

1.    The Motion for Class Certification (Docket No. 467) is **DENIED**; and

2.    The Motion to Strike the Declaration of Martin H. Redish (Docket No. 472) is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.