IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE R. ROMERO, *et al.* | ) CIVIL ACTION |
| Plaintiffs, | ) NO. 01-3894 |
| v. | ) CONSOLIDATED WITH: |
| ALLSTATE INSURANCE COMPANY, *et al.* | ) NO. 01-6764 |
| Defendants. | ) |

### ALLSTATE'S MOTION TO DISMISS THE *ANZIVINE* AND *SIEGFRIED* INTERVENOR COMPLAINTS

Defendants Allstate Insurance Company and the Allstate Corporation (collectively "Allstate") respectfully move this Court to dismiss with prejudice certain claims alleged in the *Anzivine* and *Siegfried* Intervenor Complaints. In support of this Motion, Allstate relies on the accompanying Memorandum and states as follows:

1. Intervenors' state law breach-of-contract and breach-of-fiduciary-duty claims (Counts IV–VI in both Complaints) fail because these individuals have ratified their release of these claims as a matter of governing state law.

2. Intervenors' retaliation claims under the ADEA and ERISA concerning their termination of employment (Counts I and III in both Complaints) fail as a matter of law based on Third Circuit binding precedent.

3. Intervenors' claims under Section 510 of ERISA (Count II in both Complaints) fail based on the expiration of the applicable statute of limitations.

4. Intervenors' breach-of-contract and breach-of-fiduciary duty claims (Counts IV–VI in both Complaints) fail because these individuals' R830 and R1500 contracts were terminable at will.

5. The breach-of-contract claims of Intervenors residing in Colorado, Florida, Illinois, Iowa, Louisiana, Minnesota, Mississippi, New York, Pennsylvania, Texas, And Washington (Counts IV–V in both Complaints) fail based on the expiration of the applicable statute of limitations.

6. All Intervenors' breach-of-fiduciary-duty claims (Count VI in both Complaints) fail based on the expiration of the applicable statute of limitations.

WHEREFORE, Allstate respectfully requests that the Court grant its Motion to Dismiss, dismissing the above claims in the *Anzivine* and *Siegfried* Intervenor Complaints with prejudice, and grant it all other appropriate relief.

*     *     *

Dated:  November 2, 2015                           Respectfully submitted,


/s/  Jordan M. Heinz
Katherine Menapace Katchen (I.D. No. 80395)
AKIN, GUMP, STRAUSS, HAUER & FELD LLP
2001 Market St., Ste. 4100
Philadelphia, PA  19103
(215) 965-1200
(215) 965-1210 (fax)

Richard C. Godfrey, P.C.
Sallie G. Smylie, P.C.
Hariklia Karis, P.C.
Erica B. Zolner
Jordan M. Heinz
Tia T. Trout-Perez
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000
(312) 862-2200 (fax)

Peter A. Bellacosa
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)

Donald R. Livingston
AKIN, GUMP, STRAUSS, HAUER & FELD LLP
1333 New Hampshire Ave., N.W.
Washington, D.C.  20036
(202) 887-4000
(202) 887-4288 (fax)

*Attorneys for the Allstate Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on November 2, 2015, by the Court's Electronic Case Filing system and by electronic mail on all counsel of record.

/s/   Jordan M. Heinz