Munley Law, PC
The Forum Plaza - 227 Penn Avenue
Scranton, PA 18503
570-346-7401

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al. | : | CIVIL ACTION |
| | : | |
| *Plaintiffs*, | : | NO. 01-CV-3894 |
| | : | |
| v. | : | CONSOLIDATED WITH |
| | : | |
| ALLSTATE INSURANCE COMPANY, et al. | : | NO. 01-CV-6764 |
| | : | NO. 01-CV-7042 |
| *Defendants*. | : | |

## PLAINTIFFS-INTERVENORS MOTION FOR RECONSIDERATION OF NOVEMBER 12, 2015 ORDER OR ALTERNATIVELY, FOR CERTIFICATION OF ORDER FOR IMMEDIATE APPEAL

Now comes Plaintiffs-Intervenors William McLaughlin, Leonard Lichty, Victoria Lichty, William Cotton, Mary DiGiulio, Mary Alice Doyle, William Lee, Warren Miller, Eugene Weller, Bruce Denlinger, Gary Sigler, William Quairoli, Deborah L. Spedding, Gail Wolfe, Robert McCarrel, Phillip Singer, Kenneth Franck, James Archer, Lawrence O'Hara, Robert Weller, Athena Wagner, Paul Trimborn, Robert Rebb, William Shover , John Juckniewitz, Bradley Steckel, Paul Long, Janet Haggerty, John Cherup, Joseph Rosati, and Ann W. Harris (hereinafter referred to as McLaughlin/Harris Plaintiff-Intervenors) by and through their undersigned counsel, Munley Law, P.C. and files the within Motion for Reconsideration of November 12, 2015 Order, or Alternatively, for Certification of Order for Immediate Appeal.

McLaughlin/Harris Plaintiff-Intervenors hereby joins and incorporates by reference all arguments contained within the Motion for Reconsideration of November 12, 2015 Order, or

Alternatively, for Certification of Order for Immediate Appeal filed by the Romero Co-Plaintiffs including all Exhibits and attachments thereto. Counsel for the Romero Plaintiff's concurs in this joinder.

                 **MUNLEY LAW, P.C.**

            By: <u>/s/ James Christopher Munley, Esq</u>
               James Christopher Munley, Esq.
               I.D. No.: 72987

              <u>/s/ Julia K. Munley, Esq.</u>
               Julia K. Munley, Esq
               I.D. No.: 66454
               Attorneys for Plaintiff

The Forum Plaza
227 Penn Avenue
Scranton, PA 18503