# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 01-3894 |
| v. | : | |
| | : | CONSOLIDATED WITH |
| | : | |
| ALLSTATE INSURANCE COMPANY, et al. | : | NO. 01-6764 |
| | : | NO. 01-7042 |
| Defendants. | : | |

## ORDER

**AND NOW**, this *26th* day of *January*, 2016, following a jury trial on the validity of the Release as to Plaintiffs Roger Boyd, Craig Crease, Ronald Harper, Mike Kearney, Sylvia Kelly, David Lawson, Ed Murray, Chirstopher Perkins, Rick Peterson, and Paula Reinerio (collectively "Trial Plaintiffs"), it is hereby **ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendants and against Trial Plaintiffs on Plaintiffs' Release defenses of unclean hands and unconscionability.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.