IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | NO. 01-3894 |
| Plaintiffs, | : | CONSOLIDATED WITH: |
| | : | Nos. 01-6764, 03-6872, 15-1017, 15-1049, |
| v. | : | 15-1190, 15-2602, 15-2961, 15-3047 |
| ALLSTATE INSURANCE COMPANY, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 3rd day of May 2016, upon consideration of Plaintiffs' Motion to amend the Court's January 28, 2016 Findings of Facts and Conclusions of Law and the February 10, 2016 Amended Judgment Order (ECF Doc. No. 818), Defendants' Opposition (ECF Doc. No. 822), Plaintiffs' Reply (ECF Doc. No. 824) and for reasons in the accompanying memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 818) is **DENIED** as to the January 28, 2016 Findings of Facts and Conclusions of Law and **GRANTED** as to the February 10, 2016 Amended Judgment Order.

We **AMEND** the Amended Judgment Order (ECF Doc. No. 817) to confirm counsels' agreement on the effect of the jury verdict on whether the Plaintiffs knowingly or voluntarily signed the Release: "**JUDGMENT IS ENTERED** on the jury verdicts in favor of Plaintiffs Boyd, Crease, Harper, Kearney, Kelly, Lawson, Peterson, and Reinerio and the Release is unenforceable as to all of their federal and state claims."

_____
KEARNEY, J.