IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | NO. 01-3894 |
| Plaintiffs, | : | CONSOLIDATED WITH: |
| | : | Nos. 01-6764, 03-6872, 15-1017, 15-1049, |
| v. | : | 15-1190, 15-2602, 15-2961, 15-3047 |
| ALLSTATE INSURANCE COMPANY, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of May 2016, upon consideration of the Defendants' Renewed Motion for Judgment as a matter of law under Rule 50(b) or, in the alternative, for a new trial under Rule 59 (ECF Doc. No. 825), Plaintiffs' Opposition (ECF Doc. No. 840), Defendants' Reply (ECF Doc. No. 846), and for reasons in the accompanying memorandum, it is **ORDERED** the Defendants' Motion (ECF Doc. No. 825) is **DENIED**.

KEARNEY, J.