IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | |
| | : | NO. 01-3894 |
| Plaintiffs, | : | |
| | : | CONSOLIDATED WITH: |
| v. | : | Nos. 01-6764, 03-6872, 15-1017, 15-1049, |
| | : | 15-1190, 15-2602, 15-2961, 15-3047 |
| ALLSTATE INSURANCE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 4th day of November, 2016, upon consideration of the Letter of Coleen Meehan, Esquire to the Honorable Marilyn Heffley (October 18, 2016) (Doc. No. 940-1), the Letter of Jordan M. Heinz, Esquire to the Honorable Marilyn Heffley (October 24, 2016) (Doc. No. 941-2) and the Letter of Coleen Meehan, Esquire to the Honorable Marilyn Heffley (October 28, 2016) (Doc. No. 943), **IT IS ORDERED** that:

1. The Allstate Defendants' Motion for Leave to File <u>Instanter</u> a Letter Brief in Excess of 5 Pages in Opposition to Plaintiffs' Motion to Compel (Doc. No. 941) is **GRANTED**;

2. Plaintiffs' request that the Court hold that the Allstate Defendants have waived the right to assert work-product protection as to documents for which the Allstate Defendants first asserted that protection in their September 29, 2016 privilege log is **DENIED**;

3. Plaintiffs' request that the Court hold that the Allstate Defendants may not assert attorney-client privilege as to documents the source for which is listed as "Allstate" in their September 29, 2016 privilege log is **DENIED**; and

2

4. The parties shall attempt to resolve discovery issues (1) and (2) as directed in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE