IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 01-3894 |
| | : | |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, | : | |
| *et al.*, | : | NO. 01-6764 (Romero II) |
| | : | NO. 03-6872 (Romero III) |
| Defendants. | : | NO. 15-1017 (McLaughlin) |
| | : | NO. 15-1049 (Abell) |
| | : | NO. 15-1190 (Harris) |
| | : | NO. 15-2602 (Tabor) |
| | : | NO. 15-2961 (Siegfried) |
| | : | NO. 15-3047 (Anzivine) |

## ORDER

**AND NOW**, this 23rd day of November 2016, upon consideration of Defendants' Motion to preclude Plaintiffs' expert Altman (ECF Doc. No. 919), Plaintiffs' Response (ECF Doc. No. 932), Defendants' Reply (ECF Doc. No. 939), and Plaintiffs' Motion to preclude Defendants' expert Sher (ECF Doc. No. 920), Defendants' Response (ECF Doc. No. 931), and Plaintiffs' Reply (ECF Doc. No. 938), it is **ORDERED** both Motions (ECF Doc. Nos. 919, 920) are **DENIED** mindful counsel may vigorously challenge an expert's non-legal conclusion opinions proffered consistent with the scope of remaining issues defined in our Memorandum addressing Defendants' Motion for Summary Judgment (ECF Doc. No. 960).

KEARNEY, J.