# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENE R. ROMERO,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 01-3894 |
| | : | |
| | : | CONSOLIDATED WITH |
| **ALLSTATE INSURANCE COMPANY,** | : | |
| *et al.*, | : | NO. 01-6764 (Romero II) |
| | : | NO. 03-6872 (Romero III) |
| Defendants. | : | NO. 15-1049 (Abell) |
| | : | NO. 15-2602 (Tabor) |
| | : | NO. 15-3047 (Anzivine) |

## ORDER

**AND NOW,** this 5th day of September 2017, upon considering Defendants' Motion for summary judgment on Craig Millison's retaliation claims (ECF Doc. No. 1172), Plaintiffs' Response (ECF Doc. No. 1180), Defendants' Reply (ECF Doc. No. 1190) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 1172) is **GRANTED** as there are no genuine issues of material fact precluding the entry of judgment in favor of the Defendants on Mr. Millison's retaliation claims in Counts XI and XII.

_____
KEARNEY, J.