IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 01-3894 |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, *et al.*, | : | NO. 01-6764 (Romero II) |
| | : | NO. 03-6872 (Romero III) |
| Defendants. | : | NO. 15-1049 (Abell) |
| | : | NO. 15-2602 (Tabor) |
| | : | NO. 15-3047 (Anzivine) |

## ORDER

**AND NOW,** this 5th day of September 2017, upon considering Defendants' Motion for summary judgment on the Phase III Plaintiffs' ADEA disparate treatment claims (Count IV) (ECF Doc. No. 1174), Plaintiffs' Response (ECF Doc. No. 1184), Defendants' Reply (ECF Doc. No. 1192) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 1174) is **GRANTED** as there are no genuine issues of material fact precluding judgment as a matter of law barring these disparate treatment claims as untimely and requiring we **DISMISS** Plaintiffs Joseph Eckert's, Steven Evans', Philip Metcalfe's, Craig Millison's, Paula Schott's and Stanley Suwala's claims in Count IV.

KEARNEY, J.