IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 01-3894 |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, *et al.*, | : | NO. 01-6764 (Romero II) |
| | : | NO. 03-6872 (Romero III) |
| Defendants. | : | NO. 15-1049 (Abell) |
| | : | NO. 15-2602 (Tabor) |
| | : | NO. 15-3047 (Anzivine) |

## ORDER

**AND NOW,** this 5th day of September 2017, upon considering Defendants' Motion for summary judgment on the Phase III Plaintiffs' breach of contract and breach of fiduciary duty claims under the doctrine of ratification (ECF Doc. No. 1182), Plaintiffs' Response (ECF Doc. No. 1201), Defendants' Reply (ECF Doc. No. 1207) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 1182) is **DENIED.**

/s/ Kearney
KEARNEY, J.