# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 01-3894 |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, *et al.*, | : | NO. 01-6764 (Romero II) |
| | : | NO. 03-6872 (Romero III) |
| Defendants. | : | NO. 15-1049 (Abell) |
| | : | NO. 15-3047 (Anzivine) |

## ORDER

**AND NOW**, this 29th day of January 2018, upon consideration of the Defendants' Motion for Summary Judgment (ECF Doc. No. 1248) on the *Romero III* Plaintiffs' Retaliation Claims in Counts XI, XII, XIII, and XIV of the Consolidated Amended Complaint, Plaintiffs' response (ECF Doc. No. 1259), Defendants' reply (ECF Doc. No. 1263) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion (ECF Doc. No. 1248) is **GRANTED** only as to the portions of Counts XI, XII, XIII, and XIV claiming retaliation based on Allstate's counterclaims asserted by the remaining *Romero III* Plaintiffs; and,

2. Defendants' Motion (ECF Doc. No. 1248) seeking summary judgment on the additional retaliation claims of Plaintiffs Richard Carrier, Paul Cobb, Dwight English, Ron Harper, and Anthony Wiktor is **DENIED without prejudice** as these are not common issues under our October 30, 2017 Order (ECF Doc. No. 1241) and may be renewed when addressing individualized resolutions.

_____
KEARNEY, J.