# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENE R. ROMERO,** *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | NO. 01-3894 |
| | : | CONSOLIDATED WITH |
| **ALLSTATE INSURANCE COMPANY,** | : | |
| *et al.*, | : | NO. 01-6764 (Romero II) |
| | : | NO. 03-6872 (Romero III) |
| Defendants. | : | NO. 15-1049 (Abell) |
| | : | NO. 15-3047 (Anzivine) |

## ORDER

**AND NOW,** this 22nd day of May 2018, upon considering Defendants' Motion for partial summary judgment (ECF Doc. No. 1334) challenging the timeliness of twelve Plaintiffs' state law claims, Plaintiffs' Response (ECF Doc. No. 1345), Defendants' Reply (ECF Doc. No. 1351) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 1334) is **DENIED**.

KEARNEY, J.