IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE R. ROMERO, *et al.*, | : |
| | : |
| Plaintiffs, | : CIVIL ACTION |
| | : |
| v. | : NO. 01-3894 |
| | : |
| | : CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, | : NO. 15-3047 (Anzivine) |
| *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, this 31st day of October 2018, upon considering the parties' Joint Status Report (ECF Doc. No. 1601) reporting all claims by all Plaintiffs have been resolved and with our appreciation for Judge Heffley's exemplary efforts, it is **ORDERED**:

1. This action is **DISMISSED** under agreement of counsel and Local Rule of Civil Procedure 41.1(b);[1] and,

2. The Clerk of Court shall mark this case and the consolidated case at No. 15-3047 **CLOSED.**

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

[a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).